IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| THOMAS ROBERTSON | : | No. 2:20-cr-419 |

## ORDER

**AND NOW**, this 19th day of September, 2022, upon consideration of defense counsel's "Ex Parte Motion to Withdraw as Attorney" (ECF No. 70), it is hereby **ORDERED** that:

1. CJA Counsel's "Motion to Withdraw as Attorney" (ECF No. 70) is **GRANTED** in part, and CJA Counsel is relieved of the responsibility of acting as primary counsel for the defendant, but shall remain as back-up counsel;

2. Having found that the defendant has effectively waived his right to court-appointed counsel, he shall represent himself for the remainder of this action unless he is able to retain private counsel, who must immediately enter his or her appearance and abide by the November 14, 2022 trial date. Attorney Susan Lin shall act as back-up counsel.

3. The defendant shall, **within ten (10) days from the date of this order**, file a response to the government's pending Motion in Limine (ECF No. 66). The government shall provide the defendant with a courtesy copy of the motion if it has not already done so.

4. A pretrial conference is scheduled for **Tuesday, October 11th at 10 am in courtroom 17A.**

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**