**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | : | |
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS ROBERTSON** | : | **No. 2:20-cr-419** |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 28th day of February, 2023, upon consideration of Defendant's "Motion to Dismiss the Indictment" (ECF No. 117), the government's response in opposition (ECF No. 120), Defendant's reply to the response (ECF No. 123), and for the reasons in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **DENIED**.


**BY THE COURT:**



_/s/ Mitchell S. Goldberg_____
**MITCHELL S. GOLDBERG, J.**