IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| THOMAS ROBERTSON | : | No. 2:20-cr-419 |

# ORDER

**AND NOW**, this 2nd day of August, 2023, upon consideration of the Defendant's *pro se* "Motion to Dismiss the Indictment Prosecutorial (sic) Misconduct in Grand Jury" (ECF No. 159), "Pro Se Request for Status Hearing" (ECF No. 164), "Pro Se Request to Withdraw Guilty Plea" (ECF No. 166), "Pro Se Notice to Court Tampering With Court Transcripts" (ECF No. 168), "Pro Se Revise Notice to Court Tampering With Court Transcripts" (ECF No. 169), "Pro Se Motion of Recusal" (ECF No. 172), "Pro Se Motion to Amend Request to Withdraw Plea Agreement" (ECF No. 176), and "Pro Se Motion to Dismiss" (ECF No. 177), it is hereby **ORDERED** that the motions are **DENIED** for reasons stated on the record.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**