IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 20-419** |
| **THOMAS ROBERTSON** | : | |

## ORDER

And now, this 8th day of August, 2023, upon consideration of the motion of the government, made pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, to dismiss Counts Three, Four, Five, Six, Eight, Ten, Eleven, Twelve, and Thirteen of the Superseding Indictment in the above-captioned case, it is hereby ORDERED that the motion is GRANTED.

Counts Three, Four, Five, Six, Eight, Ten, Eleven, Twelve, and Thirteen of the Superseding Indictment in the above-captioned case are hereby DISMISSED.

BY THE COURT:

/s/ Mitchell S. Goldberg  U.S.D.C.J.
**HONORABLE MITCHELL S. GOLDBERG**
*United States District Court Judge*